# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CHRISTENSEN, JACK  § Case No. 15-03380-ABG
 §
 §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $275,425.00          Assets Exempt: $1,075.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $82,722.62      Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $126,739.22

---

3) Total gross receipts of $ 245,117.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 35,655.18 (see **Exhibit 2**), yielded net receipts of $209,461.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $82,120.00 | $82,120.00 | $82,120.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 177,343.45 | 177,343.45 | 126,739.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 602.62 | 602.62 | 602.62 |
| **TOTAL DISBURSEMENTS** | $0.00 | $260,066.07 | $260,066.07 | $209,461.84 |

4) This case was originally filed under Chapter 7 on February 02, 2015. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/25/2017          By: /s/JOHN E. GIERUM
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Actos class action claim (u) | 1242-000 | 245,117.02 |
| **TOTAL GROSS RECEIPTS** | | **$245,117.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jack Christensen | Personal Injury Exemption | 8100-002 | 15,000.00 |
| Jack Christensen | First and Final Distribution | 8200-002 | 20,655.18 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$35,655.18** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| A3 | Universal Funds | 4220-000 | N/A | 82,120.00 | 82,120.00 | 82,120.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$82,120.00** | **$82,120.00** | **$82,120.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - MDL Common Benefits | 3210-000 | N/A | 50,604.23 | 50,604.23 | 0.00 |
| Other - Curtis Hoke, The Miller Law Firm | 3210-600 | N/A | 92,856.47 | 92,856.47 | 92,856.47 |
| Other - Curtis Hoke, The Miller Law Firm | 3220-610 | N/A | 19,694.70 | 19,694.70 | 19,694.70 |
| Trustee Compensation - JOHN E. GIERUM | 2100-000 | N/A | 13,690.43 | 13,690.43 | 13,690.43 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Trustee Expenses - JOHN E. GIERUM | 2200-000 | N/A | 35.01 | 35.01 | 35.01 |
| Other - John E. Gierum, Trustee | 2300-000 | N/A | 22.79 | 22.79 | 22.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 187.52 | 187.52 | 187.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 185.10 | 185.10 | 185.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 67.20 | 67.20 | 67.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$177,343.45** | **$177,343.45** | **$126,739.22** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC(American Web Loan) | 7100-000 | N/A | 600.00 | 600.00 | 600.00 |
| 1I | Atlas Acquisitions LLC(American Web Loan) | 7990-000 | N/A | 2.62 | 2.62 | 2.62 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $602.62 | $602.62 | $602.62 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-03380-ABG  **Trustee:** (520171) JOHN E. GIERUM
**Case Name:** CHRISTENSEN, JACK  **Filed (f) or Converted (c):** 02/02/15 (f)
 **§341(a) Meeting Date:** 02/26/15
**Period Ending:** 07/25/17  **Claims Bar Date:** 12/20/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate 941 Holcomb, Mundelein, IL (s) | 270,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash (s) | 50.00 | 0.00 | | 0.00 | FA |
| 3 | 1/2 interest in PNC savings account (s) | 25.00 | 0.00 | | 0.00 | FA |
| 4 | 1/2 interest in furniture (s) | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Normal wearing apparel (s) | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 1/2 interest in stock account Capital One 360 | 350.00 | 350.00 | | 0.00 | FA |
| 7 | Actos class action claim (u) (u) | 350,000.00 | 350,000.00 | | 245,117.02 | FA |
| 8 | 2008 Suzuki Firenza (s) | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$625,425.00** | **$350,350.00** | | **$245,117.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settled cause of action by Court Order, paid special counsel and liens, to do TFR

Cause of action settled, paid liens to do TFR

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** May 9, 2017 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-03380-ABG  
**Case Name:** CHRISTENSEN, JACK  
**Taxpayer ID #:** **-***8879  
**Period Ending:** 07/25/17

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/16 | {7} | actos settlement | Personal injury litigation proceeds | 1242-000 | 245,117.02 | | 245,117.02 |
| 12/14/16 | | MDL Common Benefits | Personal Injury Proceeds class action fees  50,604.23 | 1142-000 | | | 245,117.02 |
| 12/14/16 | | MDL Common Benefits | Class Action Attorney fees  -50,604.23 | 3210-600 | | | 245,117.02 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.52 | 244,929.50 |
| 01/03/17 | 101 | Curtis Hoke, The Miller Law Firm | Special Counsel for Trustee Fees | 3210-600 | | 92,856.47 | 152,073.03 |
| 01/03/17 | 102 | Curtis Hoke, The Miller Law Firm | Special Counsel for Trustee Expenses | 3220-610 | | 19,694.70 | 132,378.33 |
| 01/03/17 | 103 | Universal Funds | | 4220-000 | | 82,120.00 | 50,258.33 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.10 | 50,073.23 |
| 02/03/17 | 104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2017 FOR CASE #15-03380, Bond Premium 02-01-17 to 02-01-18 | 2300-000 | | 22.79 | 50,050.44 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.20 | 49,983.24 |
| 03/17/17 | 105 | Jack Christensen | Personal Injury Exemption | 8100-002 | | 15,000.00 | 34,983.24 |
| 06/12/17 | 106 | Jack Christensen | First and Final Distribution | 8200-002 | | 20,655.18 | 14,328.06 |
| 06/12/17 | 107 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 13,725.44 | 602.62 |
| | | | Dividend paid 100.00%  13,690.43 on $13,690.43; Claim# TEE; Filed: $13,690.43 | 2100-000 | | | 602.62 |
| | | | Dividend paid 100.00%  35.01 on $35.01; Claim# TEEEXP; Filed: $35.01 | 2200-000 | | | 602.62 |
| 06/12/17 | 108 | Atlas Acquisitions LLC(American Web Loan) | Combined Check for Claims#1,1l | | | 602.62 | 0.00 |
| | | | Dividend paid 100.00%  600.00 on $600.00; Claim# 1; Filed: $600.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  2.62 on $2.62; Claim# 1l; Filed: $2.62 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 245,117.02 | 245,117.02 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 245,117.02 | 245,117.02 | |
| Less: Payments to Debtors | | 35,655.18 | |
| NET Receipts / Disbursements | **$245,117.02** | **$209,461.84** | |

{} Asset reference(s)

Printed: 07/25/2017 03:28 PM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-03380-ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | CHRISTENSEN, JACK | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3766 - Checking Account |
| Taxpayer ID #: | **-***8879 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/25/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
|  | Checking # ******3766 | 245,117.02 | 209,461.84 | 0.00 |
|  |  | $245,117.02 | $209,461.84 | $0.00 |

{} Asset reference(s)